# EXHIBIT B

# INVOICE

Luci Bags
14956 Turnbridge Dr
Telephone: 214-701-9387
info@lucibags.com
http://www.lucibags.com

**Date Added:** 25/01/2015
**Invoice No.:** INV-2014-0010094972
**Order ID:** 10094972
**Payment Method:** Credit / Debit
**Shipping Method:** Free Shipping

| To | Ship To (if different address) |
|---|---|
| Shelaine Maxfield<br>Younique Products LLC<br>5406 West 11000 North<br>Suite 103 PMB# 508<br>Highland, Utah 84003-8942<br>United States<br>themom@maxfieldfamily.com<br>801.842.2232 | Shelaine Maxfield<br>Younique Products LLC<br>5406 West 11000 North<br>Suite 103 PMB# 508<br>Highland, Utah 84003-8942<br>United States |

| Product | Model | Quantity | Unit Price | Total |
|---|---|---|---|---|
| Black Lattice Catalog Tote | 13201 | 1 | $69.00 | $69.00 |
| Blue Herringbone Original Display Tote | 14002 | 1 | $79.00 | $79.00 |
| Chevron Display Tote | 13004 | 1 | $79.00 | $79.00 |
| Sassy Zebra Original Display Tote | 15002 | 1 | $79.00 | $79.00 |
| Black Lattice Display Purse | 13701 | 1 | $59.00 | $59.00 |
| | | | **Sub-Total:** | $365.00 |
| | | | **Free Shipping:** | $0.00 |
| | | | **Tax:** | $24.64 |
| | | | **Total:** | $389.64 |