# EXHIBIT 1

# Smith, Sharon R.

| | |
|---|---|
| **From:** | Smith, Sharon R. |
| **Sent:** | Friday, April 21, 2017 2:03 PM |
| **To:** | Thomas Wright; Zach Hilton; Rebecca Solomon; Ross Cunningham |
| **Cc:** | Lolua, Yelena; Carter, Winn; Chiaviello, Elizabeth M. |
| **Subject:** | Luci Bags v Younique, Case No. 4:16-cv-00377 |
| **Attachments:** | Declaration and Expert Report of Rachel Nasvik (Exs 1-3).pdf; Younique's First Set of Requests for Admission.pdf |

Counsel:

Attached is the expert report of Rachel Nasvik, who is disclosed as an expert for Younique as to the matters identified in her report, and Younique's First Set of Requests for Admission to Luci Bags.

**Sharon R. Smith**
**Morgan, Lewis & Bockius LLP**
One Market, Spear Street Tower | San Francisco, CA 94105
Direct: +1.415.442.1754 | Main: +1.415.442.1000 | Fax: +1.415.442.1001
sharon.smith@morganlewis.com | www.morganlewis.com
Assistant: Yelena Lolua | +1.415.442.1474 | yelena.lolua@morganlewis.com